# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| Nemesis Rodriguez,<br><br>      Plaintiff,<br><br>  vs.<br><br>IQ Data International Inc / Rent Collect Global,<br><br>      Defendant. | Case No.: 2:19-cv-00372-WBS-DB<br><br>**ORDER** |

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Dated: August 2, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE